# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SPY OPTIC INC.,**

       **Plaintiff,**

**v.**                                                       Case No: 6:16-cv-1541-Orl-31GJK

**MELBOURNE WHOLESALE, INC.,**

       **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Kelly dated January 31, 2018 (Doc. 68). Defendant, Melbourne Wholesale, Inc., has been defaulted (Doc. 56) and Plaintiff has no objection to the Report and Recommendation (Doc. 69). Accordingly, the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order; and it is

**ORDERED** that Plaintiff's Amended Motion for Default Judgment (Doc. 65) is GRANTED in part and DENIED in part as specified in the Report and Recommendation. Plaintiff shall file its application for fees and costs by February 16, 2018. The Court will separately enter the Default Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 2, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party